# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 11, 2025

Lyle W. Cayce
Clerk

No. 24-50690
Summary Calendar

─────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Jesus Jimenez,

*Defendant—Appellant*.

─────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:23-CR-196-1

─────────────

Before Richman, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Jesus Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jimenez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

─────────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50690

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.